CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy
LINDSAY BEYER PAYNE, (ILSBN 6289062)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 312-596-1872
Lindsay.Payne@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ROCHELLE TRISHA LOVE,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:26-cv-05974-WHO<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the Court's approval, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will take any action to further develop the record; offer the claimant an opportunity for a hearing; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against

Defendant, reversing the final decision of the Commissioner.

Dated: September 29, 2026 By: /s/*Francesco Benavides
FRANCESCO BENAVIDES
Plaintiff's Attorney
(*as authorized via email)

Dated: September 30, 2026 CRAIG H. MISSAKIAN
United States Attorney

By: s/Lindsay Beyer Payne
LINDSAY BEYER PAYNE
Special Assistant United States Attorney
Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Lindsay Beyer Payne, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 30, 2026

THE HONORABLE WILLIAM H. ORRICK
United States District Judge